Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ellesse Henderson
Assistant Federal Public Defender
California State Bar No. 302838
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ellesse_Henderson@fd.org

*Attorney for Petitioner Tony Joel Rondon Perez

# United States District Court
# District of Nevada

| | |
|---|---|
| Tony Joel Rondon Perez,<br>Petitioner,<br>v.<br>Todd Blanche, *et al.*,<br>Respondents. | Case No. 2:26-cv-03238-RFB-BNW<br>**Stipulation to Extend Time to File Amended Petition or Traverse (First Request)** |

Petitioner Tony Joel Rondon Perez and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for a four-day extension of time for Petitioner to file an amended petition or traverse to his pro se petition for writ of habeas corpus, moving the deadline from October 29, 2026, to November 2, 2026.

This extension is warranted because Petitioner has a hearing in immigration court on October 29, which could affect the claims raised in his habeas proceedings.

On October 28, undersigned counsel conferred with counsel for Respondents, Deputy Civil Chief Tamer B. Botros, who agrees to this four-day extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Petitioner to file an amended petition or traverse to November 2, 2026.

Respectfully submitted this 29th day of October, 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH, First Assistant
United States Attorney

/s/ *Tamer B. Botros*
Tamer B. Botros
Deputy Civil Chief
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Ellesse Henderson*
Ellesse Henderson
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATE DISTRICT JUDGE

DATED: October 30, 2026