Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ellesse Henderson
Assistant Federal Public Defender
California State Bar No. 302838
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ellesse_Henderson@fd.org

*Attorney for Petitioner Tony Joel Rondon Perez

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Tony Joel Rondon Perez,<br><br>Petitioner,<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-03238-RFB-BNW<br><br>**Motion to Extend Time to File Amended Petition or Traverse (Second Request)** |

Petitioner Tony Joel Rondon Perez a, through undersigned counsel, hereby moves for a 18-day extension of time to file an amended petition or traverse to his pro se petition for writ of habeas corpus, moving the deadline from November 2, 2026, to November 20, 2026.

This extension is warranted because, on information and belief, Petitioner asked for and was granted voluntary departure in immigration court. The additional time is needed to confirm the voluntary departure order and Petitioner's removal from the country, before moving to dismiss the habeas action as moot.

On November 2, 2026, undersigned counsel contacted counsel for Respondents, Deputy Civil Chief Tamer B. Botros. Counsel has not yet received a response.

Accordingly, Petitioner respectfully requests that the Court grant this motion and extend the deadline for Petitioner to file an amended petition or traverse to November 20, 2026.

Respectfully submitted this 2nd day of November, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ellesse Henderson*
Ellesse Henderson
Assistant Federal Public Defender

IT IS SO ORDERED:



UNITED STATES DISTRICT JUDGE

DATED: November 3, 2026